UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| United States of America, | Case No: 24-cr-0203 (NEB/DJF) |
| Plaintiff, | **ORDER ON MOTION FOR CONTINUANCE** |
| v. | |
| Dorian Christopher Barrs, | |
| Defendant. | |

This matter is before the Court on Defendant Dorian Christopher Barrs' second Motion for Continuance of Motion Filing Date and Motion Hearing ("Motion") (ECF No. 29), which seeks a 30-day extension of the pretrial deadlines to file pretrial motions, to continue the motion hearing, and to exclude time from the Speedy Trial Act calculations in this case.  As grounds for the requested continuance, defense counsel states that discovery is voluminous and that Defendant must review it in the presence of counsel under the terms of the Court's Protective Order (ECF No. 23), and that more time is needed for review before defense counsel can prepare pretrial motions.  The Government does not object to the Motion.  The Court having reviewed the Motion (ECF No. 29) and finding good cause,

 **IT IS HEREBY ORDERED** that Defendant's Motion for Continuance (ECF No. 29) is **GRANTED** as follows:

1. Defendant's pretrial motions must be filed and served consistent with Federal Rules of Criminal Procedure 12(b) and 47 and Local Rule 12.1(c) on or before **October 18, 2024**.

2. **Counsel must electronically file a letter on or before October 18, 2024, if no motions will be filed and there is no need for a hearing**.

3. All responses to motions, along with a Notice of Intent to Call Witnesses, must be filed by **November 1, 2024**, in accordance with Local Rule 12.1(c)(3)(A).

4. Any Responsive Notice of Intent to Call Witnesses must be filed by **November 6, 2024**, in accordance with Local Rule 12.1(c)(3)(B).

5. The motions hearing currently scheduled for **October 15, 2024 at 2:00 p.m.** is **CANCELED**.

6. A motions hearing will be held pursuant to Federal Rules of Criminal Procedure 12(b) and (c) if:

    a. The United States makes timely disclosures and the Defendant identifies in the motions particularized matters for which an evidentiary hearing is necessary; or

    b. Oral argument is requested by either party in its motion, objection or response pleadings.

7. If required, a motions hearing will be held before Magistrate Judge Dulce J. Foster on **November 15, 2024** at **9:00 a.m.**, in **Courtroom 8E**, United States Courthouse, 300 South Fourth Street, Minneapolis, Minnesota 55415.

8. Trial and trial related dates to be set by separate Order.

Pursuant to 18 U.S.C. § 3161(h)(7)(A), the Court finds that the ends of justice served by the granting a continuance outweigh the best interest of the public and Defendant in a speedy trial. This finding is based on all of the files and proceedings herein, including the facts set forth in the motion and the supporting documents. Accordingly, the period of time from **September 18, 2024,** the prior motions deadline, **through October 18, 2024,** the new motions deadline, shall be excluded from the Speedy Trial Act computations in this case.

Dated: September 18, 2024            *s/ Dulce J. Foster*
                                     DULCE J. FOSTER
                                     United States Magistrate Judge